# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :        NO. 772
                                                :
ORDER AMENDING RULES 1.99, 2.1,                 :        SUPREME COURT RULES DOCKET
2.4, 2.7, 2.8, 2.10, 3.3–3.6, 3.9–3.11, 3.14,:
7.2–7.4, AND 8.2 OF THE                         :
PENNSYLVANIA ORPHANS' COURT                     :
RULES                                           :
                                                :
                                                :


## ORDER


**PER CURIAM**

**AND NOW**, this 1st day of June, 2018, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1.99, 2.1, 2.4, 2.7, 2.8, 2.10, 3.3–3.6, 3.9–3.11, 3.14, 7.2–7.4, and 8.2 of the Pennsylvania Orphans' Court Rules are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.